## WHEELER *v.* GEORGE J. GRANT CONSTRUCTION COMPANY.

[No. 10,988. Filed April 26, 1922.]

From Marion Superior Court (    ); *V. G. Clifford,* Judge.

Action between Frank Wheeler and the George J. Grant Construction Company. From the judgment rendered, the former appeals. *Affirmed.*

*Joseph E. Bell* and *Walter Meyers,* for appellant.

*Samuel D. Miller, Frank C. Dailey, William H. Thompson* and *Albert L. Rabb,* for appellee.

REMY, J.—The questions involved in this appeal, and which have been properly presented, are the same as those decided by the Supreme Court in the cause of *Wheeler* v. *St. Paul Crushed Stone Co.* (1921), 191 Ind. 75, 132 N. E. 1, on the authority of which the judgment is affirmed as of the date of submission.

## BOSWELL *v.* WARNER ET AL.

[No. 11,187. Filed February 16, 1922. Rehearing denied April 26, 1922.]

From Johnson Circuit Court; *Fremont Miller,* Judge.

Action between Philip A. Boswell and John C. Warner and another. From the judgment rendered, the former appeals. *Affirmed.*

*Ivory J. Drybread* and *William Featherngill,* for appellant.

*Staff & Staff* and *Henry E. White,* for appellees.

PER CURIAM.—Judgment affirmed.

## WEBB *v.* RESERVE LIFE LOAN INSURANCE COMPANY.

[No. 11,291. Filed April 27, 1922.]

From Shelby Circuit Court; *Alonzo Blair,* Judge.

Action between James F. Webb and the Reserve Life Loan Insurance Company. From the judgment rendered, the former appeals. *Affirmed.*

National Express Co. *v.* Moore—78 Ind. App. 696.

*R. L. Mason* and *Charles L. Tindall,* for appellant.
*Guilford A. Deitch, Frank G. West* and *Ed. K. Adams,* for appellee.

NICHOLS, J.—Affirmed upon the authority of *Simpson Lumber Co.* v. *Harmon* (1922), 77 Ind. App. 659, 134 N. E. 492; *Wilson* v. *Kester* (1915), 59 Ind. App. 471, 109 N. E. 744.

---

NATIONAL EXPRESS COMPANY *v.* MOORE ET AL.

[No. 11,294. Filed May 9, 1922.]

From Clinton Circuit Court; *Earl B. Stroup,* Judge.

Action by Harry H. Moore and others against the National Express Company. From a judgment for plaintiffs, the defendant appeals. *Affirmed.*

*Van Brunt & Harker,* for appellant.
*Ira M. Sharp,* for appellees.

McMAHAN, J.—Appellees recovered judgment against appellant for damages on account of the death of a hog which was being transported by appellant as a common carrier. The complaint alleges that the hog died by reason of appellant's negligence.

The only error assigned is that the court erred in overruling appellant's motion for a new trial, the specifications of which are: (1) That the decision is not sustained by sufficient evidence; (2) that the decision is contrary to law; and (3) in the admission of certain evidence.

Appellees insist that no question is presented by appellant's brief for our consideration, and in support of this contention cite a large number of authorities including *Leach* v. *State* (1912), 177 Ind. 234, 240, 97 N. E. 792, and *Provident, etc., Ins. Co.* v. *Wolf* (1907), 168 Ind. 690, 704, 80 N. E. 26, 120 Am. St. 395. It is not necessary for us to set out appellees' contention or the manner in which appellant has attempted to present the questions. It is sufficient to say that we are not at liberty to disregard appellees' contention nor the law as decided by the Supreme Court.

On the authority of the cases cited, the judgment is affirmed.